56 So.2d 363

### Mrs. John A. THOMPSON v. Gwendolyn CURRY.

### 4 Div. 681.

Supreme Court of Alabama.
Jan. 17, 1952.

■■■

L. A. Farmer, Dothan, for petitioner.
Lewis & Lewis, Dothan, opposed.

LAWSON, Justice.

Petition of Gwendolyn Curry for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Thompson v. Curry, Ala.App., 56 So.2d 363.

Writ denied.

LIVINGSTON, C. J., and BROWN and STAKELY, JJ., concur.

L. A. Farmer, Dothan, for petitioner.
Lewis & Lewis, Dothan, opposed.